# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: May 17, 2010 |
| Court Reporter: | Paul Zuckerman | |

Criminal Action No. 09-cr-00208-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,            John Haried

      Plaintiff,

v.

1. CHRISTINE MICHELLE THOMPSON,     John Schlie
   a/k/a Christine Michelle Zamorsky
   a/k/a Christine Michelle Aguilar

      Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**9:15 a.m.**     **Court in session.**

Defendant present in custody.

Defendant is arraigned on Count 1 and 32 of the **Superseding Indictment**. Defendant pleads guilty to Count 1 and 32 of the **Superseding Indictment. The Government intends to dismiss the remaining counts of the Indictment against this defendant (2-31; 33-64).**

Defendant sworn.

Defendant advised regarding:

    1)    The Plea Agreement;
    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)    The objectives and factors in 18 U.S.C. §3553(a).

The Government orally moves to dismiss the remaining charges in the Superseding Indictment against this defendant. ( Counts 2-31; 33-64). Defendant has no objection.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** The Government's oral Motion to Dismiss the remaining Counts (2-31; 33-64) of the Superseding Indictment against this defendant is **GRANTED, but the effect of the Order is stayed until time of sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 and 32 of the Superseding Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set **August 24, 2010 at 10:00 a.m.**, to take place in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motions (**Doc.#'20, 34, 35**) are **DENIED as moot** and **Doc. #43 is GRANTED.**

Oral Motion by defendant that the United States Marshal Service reflect the current designation of the defendant in its records in accordance with the Superseding Indictment. The Government has no objection.

**ORDER:** Defendant's oral motion that the United States Marshal Service reflect the current designation of the defendant in its records in accordance with the Superseding Indictment is **GRANTED.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**10:13 a.m.**     **Court in recess.**

**Total Time:**    **58 minutes.**
**Hearing concluded.**