IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                       HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover        Date: August 24, 2010
Court Reporter:     Paul Zuckerman
Probation Officer:  Michelle Means

Criminal Action No. 09-cr-00208-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Pegeen Rhyne

        Plaintiff,

v.

CHRISTINE MICHELLE THOMPSON,            John Schlie

        Defendant.

---

                           SENTENCING MINUTES
---

**10:25 a.m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on May 17, 2010. Defendant pled guilty to Counts 1 and 32 of the Superseding Indictment.**

The Court addresses Motion for Reconsideration (**Doc. #91**).

Argument by Mr. Schlie.

**ORDER:**   Motion for Reconsideration **(Doc. #91)** is **GRANTED in part and DENIED in part.** Doc. #88 will be SEALED in its entirety and Doc. #92, Attachment No. 2 only will be **SEALED.** Attachment No. 1 to Doc. #92 will be re-filed separately as the Motion for Downward Departure and Variant Sentence and will **NOT** be sealed**.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure . Argument by Mr. Schlie.

**Witness sworn for the Government: Victor Scott Nielsen:**
**11:02 a.m.** Direct Examination by Ms. Rhyne.

Cross examination of witness by Mr. Schlie.

No redirect examination of witness.

Argument by Ms. Rhyne.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by Mr. Schlie. The Government objects.

Allocution. - Statements made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** The United States Marshal Service is directed to reflect the correct name of the defendant.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:40 p.m.** **Court in recess.**

Total Time: 2 hours 15 minutes.
Hearing concluded.